**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-00713-CV
_____

**LACY HARBER, Appellant**
**V.**
**GERARDUS SMITH, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-0679**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By orders dated October 2, 2018 and October 4, 2018, we granted appellant's counsels' motions to withdraw and extended the time to file appellant's brief until November 19, 2018. By postcard dated November 21, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180713F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LACY HARBER, Appellant

No. 05-18-00713-CV          V.

GERARDUS SMITH, Appellee

On Appeal from the 15th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. CV-18-0679.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GERARDUS SMITH recover his costs of this appeal from appellant LACY HARBER.

Judgment entered December 20, 2018